# SOKOLOFF STERN LLP

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

VINCENT E. FERRY
VFERRY@SOKOLOFFSTERN.COM

January 13, 2026

**By ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Rinaldi, et al v. Village of Ossining, et. al*
Docket No. 7:24-cv-00272 (KMK)
Our File No. 230049

Your Honor:

We represent Defendants. We write to respectfully request a 30-day extension of time—from January 23, 2026, to February 23, 2026—for Defendants to serve their motion to dismiss. This is Defendants' first request for an extension of this deadline. The request is necessary due to the press of other matters, including my engagement in a jury trial scheduled to proceed in the Suffolk County Supreme Court later this month, and to afford sufficient time to fully address the issues raised in Plaintiffs' pleading. Plaintiffs consent to this extension of time.

Defendants propose the following revised motion schedule:

- February 23, 2026, Defendants deadline to serve motion to dismiss
- March 30, 2026, Plaintiffs deadline to serve opposition to dismiss
- April 13, 2026, for Defendants to serve their Reply.

Thank you for your consideration of this matter.

Respectfully submitted,

Vincent E. Ferry

cc:   All counsel of record (via ECF)

Granted.

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.

1/14/2026

LONG ISLAND   ▪   HUDSON VALLEY